FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA HENDRICKS and MICHAEL HENDRICKS,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>　　　　Defendant. | NO. 4:20-CV-05032-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** |

　　　　Before the Court is the parties' Stipulated Motion to Dismiss Without Prejudice, ECF No. 63. The motion was heard without oral argument. The parties ask that the above-captioned case be voluntarily dismissed without prejudice, with each party to bear their own costs.

//
//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** ~ 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss Without Prejudice, ECF No. 63, is **GRANTED**.

2. The above-captioned case is **DISMISSED**, without prejudice, and with each party bearing their own costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and **close** the file.

**DATED** this 17th day of August 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** ~ 2